AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

CONJURED UP ENTERTAINMENT, et al.,

        Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 11-2076(SDW)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and

   ☐ The clerk is directed to file the complaint, and

   ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: _Plaintiff fails to state any claim upon which relief may be granted._

☒ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this 25th day of April, 2011

_____
Signature of Judicial Officer

_____
Name and title of Judicial Officer